IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LARRY GENE SEWELL,
    Plaintiff,

vs.                                    Case No.: 5:14cv321/RV/EMT

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

        This action was initiated under the Social Security Act to obtain judicial review of Defendant's final decision denying Plaintiff's claim for disability benefits (doc. 1).  Now before the court is Defendant's "Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant," with memorandum in support (doc. 17).  Defendant certifies that Plaintiff has no objection to this motion (*id.* at 1).

        Sentence four of section 405(g) states that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."  42 U.S.C. § 405(g).  In the instant case, the Commissioner states that remand is appropriate to re-evaluate Plaintiff's Title II and Title XVI claims under the Social Security Act and further consider Plaintiff's residual functional capacity, including assessment of all of the medical evidence and opinions (doc. 17 at 2).

        Based upon the foregoing, this court concludes that good cause has been shown for reversal and remand.

Accordingly, it is respectfully **RECOMMENDED**:

1. That Defendant's "Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant" (doc. 17) be **GRANTED**.

2. That the Commissioner's decision denying benefits be **REVERSED** and this case be **REMANDED** to the Commissioner of Social Security for further action pursuant to sentence four of 42 U.S.C. § 405(g).

3. That Defendant be ordered to conduct proceedings in accordance with this Report and Recommendation.

4. That the clerk be directed to enter final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure

5. That the clerk be directed to administratively close this file.

At Pensacola, Florida, this 2nd day of July 2015.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.