IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LARRY GENE SEWELL,
    Plaintiff,

vs.                                      Case No.: 5:14cv321/RV/EMT

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,
    Defendant.
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated October 6, 2015 (doc. 23). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff shall recover fees in the amount of $2,966.72, for time expended by his counsel in representing him before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA). The fee award is subject to an offset to satisfy any qualifying outstanding debt that Plaintiff may owe to the United States.

3. If Plaintiff receives all or any portion of the EAJA fee award, it shall be mailed to him in care of his attorney, Walter Allen Blakeney, Brock & Stout, LLC, P.O. Drawer 311167, Enterprise, AL 36331-1167.

**DONE AND ORDERED** this 4th day of November, 2015.

                                                      /s/ *Roger Vinson*
                                                      **ROGER VINSON**
                                                      **SENIOR UNITED STATES DISTRICT JUDGE**